## HINGLE *v.* THE STATE.

STATUTES CONSTRUED—TEMPERANCE LAW.—Under the temperance law of 1859, 1 G. & H. 617, there is no penalty against a person, licensed according to the act, for selling on *Sunday.*

SAME—OVERRULED CASES.—The cases of *Thomasson* v. *The State,* 15 Ind. 449; *Sohn* v. *The State,* 18 Ind. 389, and *The State* v. *Thomasson,* 19 Ind. 99, are overruled, so far as the decisions therein are inconsistent with the decisions in *Hingle* v. *The State* and *Lauer* v. *The State, infra.*

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Indictment against *Hingle* for selling a gill of liquor on *Sunday.* The indictment does not aver that *Hingle* is a person "not being licensed according to the provisions of the act," &c., which, it must be remembered, is a penal one. There is no penalty in the act, upon a person being licensed according to the act, for selling on *Sunday.* A careful reading of the act will satisfy any one of this. The cases of *Thomasson* v. *The State,* 15 Ind. 449, and *Sohn* v. *The State,* 18 Ind. 389, and *The State* v. *Thomasson,* 19 Ind. 99, are overruled on this point. It was not much considered in those cases.

Did the act prescribe a penalty, it could not be enforced by indictment. *Lauer* v. *The State,* at this term. The indictment should have been quashed.

The judgment is reversed and cause remanded, that said indictment may be quashed.

*J. W. Gordon,* for the appellant.

*Oscar B. Hord,* Attorney General, for the appellee.